UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN JADEL ALEXANDRE,<br>    Petitioner,<br><br>v.<br><br>BRUCE CHADBOURNE,<br>DISTRICT DIRECTOR,<br>IMMIGRATION AND<br>CUSTOM ENFORCEMENT,<br>    Respondent. | CIVIL ACTION NO:<br>Docket # 04-10319-PBS |

### NOTICE OF SCHEDULING OF REMOVAL

Now comes the Respondent, pursuant to this court's February 18, 2004, order, to provide notice that the removal of the Petitioner has been scheduled for March 1, 2004.

By his attorneys,

MICHAEL J. SULLIVAN
United States Attorney

_____
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

### Certificate of Service

I hereby certify that a true copy of the above document was served upon counsel for the Petitioner, Steven Lagana, Lagana & Associates, 145 Essex Street, Lawrence, MA 01841, by mail on this 18th day of February 2004.

_____
Mark J. Grady
Assistant U.S. Attorney