UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN JADEL ALEXANDRE,<br>    Petitioner,<br><br>v.<br><br>BRUCE CHADBOURNE,<br>DISTRICT DIRECTOR,<br>IMMIGRATION AND<br>CUSTOM ENFORCEMENT,<br>    Respondent. | CIVIL ACTION NO:<br>Docket # 04-10319-PBS |

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Respondent.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

#### Certificate of Service

I hereby certify that a true copy of the above document was served upon counsel for the Petitioner, Steven Lagana, Lagana & Associates, 145 Essex Street, Lawrence, MA 01841, by mail on this 18th day of February 2004.

_____
Mark J. Grady
Assistant U.S. Attorney